NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE RICHARD A. HAASE**

---

2012-1690
(Serial No. 10/413,849)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Richard Alan Haase moves without opposition for a 10-day extension of time, until February 1, 2013, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

IN RE RICHARD HAASE 2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27